IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL YOUNGER                                                                                         PLAINTIFF

v.                                    CASE NO. 3:22-CV-00143-BSM

J&CT, LLC and GERALD CAMPBELL                                                         DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE